IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV524-MOC-DSC

| | |
|---|---|
| FINLAND FAIR, | ) |
| Plaintiff, | ) |
| v. | ) |
| GASTON COUNTY FAMILY YMCA, et. al., | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER IS BEFORE THE COURT** sua sponte regarding Defendants' "Motion To Dismiss ... " (document #12) filed April 12, 2012.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding pro se, that he has a right to respond to Defendants' Motion. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until May 21, 2012 to respond to Defendants' "Motion To Dismiss."

**SO ORDERED**.            Signed: May 2, 2012

David S. Cayer
United States Magistrate Judge